1  Joseph R. Manning, Jr. (SBN 223381)
   ADAPracticeGroup@manninglawoffice.com
2  **MANNING LAW, APC**
   20062 SW Birch Street
3  Newport Beach, CA 92660
   Tel: 949.200.8755
4  Fax: 866.843.8308

5  *Attorneys for Plaintiff*
   CARMEN JOHN PERRI
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10

11 | CARMEN JOHN PERRI, an individual, | Case No.: 8:19-cv-01773-DOC-KES |
12 | | Hon. David O. Carter |
13 | Plaintiff, | |
14 | v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
15 | JLJ (USA) PROPERTIES, LLC, a California limited liability company; and DOES 1-10, inclusive, | |
16 | | Complaint Filed: September 17, 2019 |
17 | | Trial Date: None |
18 | | |
19 | Defendants. | |

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

1
2 **TO THE COURT AND ALL PARTIES:**
3
    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,
4
Plaintiff Carmen John Perri ("Plaintiff") requests that this Court enter a dismissal
5
with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.
6
Each party shall bear his or its own costs and attorneys' expenses.
7
8                                              Respectfully submitted,
9
10   DATED : October 29, 2019          **MANNING LAW, APC**
11                                      By: /s/ *Joseph R. Manning, Jr.*
12                                          Joseph R. Manning, Jr.
                                            Attorney for Plaintiff
13                                          Carmen John Perri
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I certify that on October 29, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: October 29, 2019                           **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr., Esq.*
       Joseph R. Manning, Jr., Esq.
       Attorney for Plaintiff,
       Carmen John Perri